GOTTESMAN, APPELLEE, *v.* ESTATE OF GOTTESMAN ET AL.; UNKNOWN AND UNBORN HEIRS OF GOTTESMAN, APPELLANTS; CASCARILLA, EXR., APPELLEE.

[Cite as *Gottesman v. Estate of Gottesman,*
101 Ohio St.3d 60, 2004-Ohio-4.]

(No. 2002–2187—Submitted November 18, 2003—Decided January 14, 2004.)

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse.

PFEIFER, J., dissents and would affirm the court of appeals.

Gallagher, Sharp, Fulton & Norman, James F. Koehler and Timothy J. Fitzgerald, for appellee Muriel Gottesman.

Squire, Sanders & Dempsey, L.L.P., Daniel J. O'Loughlin and Ellen K. Meehan, for appellants.

Walter & Haverfield, L.L.P., Robert S. Horbaly and Darrell A. Clay, for appellee Ralph E. Cascarilla, executor of the estate of Robert G. Gottesman.